MYRTLE A. SEGAR, as Executrix of and Trustee under the Will of ELZIE C. SEGAR, Deceased, Respondent, *v.* KING FEATURES SYNDICATE, INC., Appellant.

Argued June 17, 1942; decided July 29, 1942.

*James Carroll* for appellant.

*Jacob L. Holtzmann, David M. Holtzmann, Marvin M. Notkins* and *Fanny E. Holtzmann* for respondent.

Judgment affirmed, with costs; no opinion. (See 289 N. Y. 643.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.